EXHIBIT "G"

EXHIBIT "G"

PA0603

**Coaching # 5197874 Status is Expired Mode is View**

| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| 104706248 | BECKY | | DOMINGUEZ | BDOMING | US | 1 | 2568 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Written' when issued. Change in designation only due to terminology change as of April 19, 2012. | Second Written | Job Performance |

**Observations of Associate's Behavior and/or Performance** :

I MAPM Monica Gomez have observed the following During Pre Inventory Review and High Shrink Review results as well as regular store visits at store 2568. APC Becky Dominguez was not completing NP3 SSOP for FYE10 and FYE 11. APC Becky has not been following up to her role and responsibility as APC to support to the stores operations. No follow up to Inv, Claims, DSD, Accounting office procedures etc....

**Impact of Associate's Behavior** :

By not following company guidelines and procedures. APC Becky Dominguez impact and behavior has resulted in Loss Profit, Shrink opportunities and low morale with in the store.

**Behavior Expected Of Associate :**

APC Becky Dominguez is expected to follow all company guidelines and procedures. APC Becky is expected to perform her job duties as an Asset Protection Coordinators and support her store at all times.

**Next Level of Action** :

The next level of action if behavior continues is: Third Written up to and including Termination

**Action Plan :**

I plan to go forward with my plan of helping my store to not shrink but yet bonus for the next coming yrs my ssop and reports will be done in a timely manner

**Date, Time, and Place of Coaching :**

**Date Given :** 08/09/2010 **Time :** 03:10 **Place :** asm office at store 2297

**Expiration Date** :

The expiration date of the coaching may be extended beyond 08/10/2011 date, if the Associate spent time on LOA.

**Acknowledgements**

**Date Acknowledged** :

| **Associate Name** : BECKY DOMINGUEZ | **Userid** : BDOMING |
|---|---|

CONFIDENTIAL W-02-000166527

| | |
|---|---|
| **Manager**<br>**Name** : MONICA A TERRAZAS | **Userid** : MGOME19 |
| **Witness**<br>**Name** : GLORIA ARCHER | **Userid** : |

Print

CONFIDENTIAL W-02-000166528

**Coaching # 4908950 Status is Expired Mode is View**

| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| 212744112 | CHEREE | | TAYLOR | CTAYLOR | US | 1 | 1747 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Decision Day' when issued. Change in designation only due to terminology change as of April 19, 2012. | Third Written | Job Performance |

**Observations of Associate's Behavior and/or Performance** :

Cheree has not turned in 4 of 8 weeks of National Priorities. Weeks missing are 1,2,7,8. Cheree has been talked to on several occassions by SM about completing schedules properly with no unfilled shifts and FT associates scheduled over 34 hours. The standards in the consumable departments she manages are not up to company or store standards with outs, cleanliness, zone, or backroom operations. Cheree often has ECP that goes late or leaves due ECP for Rotation Manager to complete without any direction from her. She is not 4x4 touring departments or scanning outs.

**Impact of Associate's Behavior** :

All of these behaviorrs effect associate morale and fellow management morale. They also impact the profitability of the store by not having merchandise on floor for customers. Unzoned makes it harder for customers to shop and Dept Mgrs to work exceptions and for stockers to stock. By not verifying Markup Markdown reports you are not capturing Dept Mgrs doing the wrong thing of accepting price changes without changing the prices potentially causing fines from weights and measures

**Behavior Expected Of Associate :**

Cheree needs to lead her team. She needs to be inspecting what the SM & MM expect by scanning outs daily, scanning for max shelf accuracy, following up to the zone and go backs at the front end. National Priorities is just that a priority and must be taken seriously enough and with integrity to do the right thing. Complete schedules accurately and in a timely manner.

**Next Level of Action** :

The next level of action if behavior continues is: Termination

**Action Plan :**

My action plan is to be moree diligent with the job and make sure all my work is performed at its highest of quaility , I will get my work done within the time aloted . I will use all materials available to me to do this. I will be more professinal and show the skills i know i am capable of , I know that i am capable of doing this job and will not disappoint you or the company. I will make sure all my national prorities are completed and hold all associates accountable for not completing the job at there highsest level. i will expect more of my

CONFIDENTIAL W-02-000166533

| team. | |
|---|---|
| **Date, Time, and Place of Coaching :** | |
| **Date Given :** 04/01/2010 **Time :** 10:32 **Place :** management office | |
| **Expiration Date** : | |
| The expiration date of the coaching may be extended beyond 04/02/2011 date, if the Associate spent time on LOA. | |
| **Acknowledgements** | |
| **Date Acknowledged** : | |
| **Associate**<br>**Name** : CHEREE TAYLOR | **Userid** : CTAYLOR |
| **Manager**<br>**Name** : SHAURA M OLSEN | **Userid** : SMOLSEN |
| **Witness**<br>**Name** : RICHARD BROUSSARD | **Userid** : RBROUSS |

Print

CONFIDENTIAL W-02-000166534

**Coaching # 4986161 Status is Expired Mode is View**

| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| 106420932 | ELISHA | | BARBER | ERBARBE | US | 1 | 2110 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Verbal' when issued. Change in designation only due to terminology change as of April 19, 2012. | First Written | Productivity,Job Performance |

**Observations of Associate's Behavior and/or Performance** :

On May 6, 2010, I Joseph Throneberry, Market Asset Protection Manager for Market 465 conducted a store tour at 2110 Paramount in response to concerns of a lack of SSOP documentation and APC communication of the program and exceptions to the Store Manager. During the visit, it was discovered that despite the program having been in place for four week, APC Elisha Barber has failed to status with her Store Manager on the program and failed to set up document retention per MAPM instruction over the last five week via in person and conference call instructions. APC Elisha's documentation of SSOP was incomplete and she failed to brief her Store Manager on the exceptions she was keying into the system. APC Elisha failed to notify the MAPM that she was behind or needed additional assistance, and in fact advised the MAPM via phone that she was current and up to date on the program and that the files were set up as instructed. APC Elisha had received specific training on April 29, 2010 on SSOP and file standards in addition to training received by her and all the other APCs in meetings and conference calls. APC Elisha's has been informed on several occasions prior about poor and inadequate documentation and follow-up in regards to APC Routines and SSOP National Priorities but has not improved despite training.

**Impact of Associate's Behavior** :

By failing to execute SSOP, APC Routines, and other Company, Regional, and Market Asset Protection and Safety Programs, APC Elisha exposes Walmart to the risk of financial loss due to shrink and accidents. By failing to communicate SSOP and its exceptions to her Store Manager, APC Elisha is ineffective in her role as an APC to execute Asset Protection programs and drive change to improve Shrink and Safety.

**Behavior Expected Of Associate :**

APC Elisha Barber, you are expected to execute all Company Asset Protection & Safety programs within your store as stated in instructions and MAPM direction. SSOP must be executed with proper documentation retained to support ratings. SSOP documentation must be organized per Market standards as instructed by the MAPM. Documentation must be complete, accurate, and professional. You must communicate exceptions to your Store Manager. You must communicate the SSOP program to your Store Manager and Management team. Repeat exceptions not corrected by your Store Manager must be reported to the MAPM.

CONFIDENTIAL W-02-000166539

| **Next Level of Action** : | |
|---|---|
| The next level of action if behavior continues is: Second Written up to and including Termination | |
| **Action Plan :** | |
| None | |
| **Date, Time, and Place of Coaching :** | |
| **Date Given :** 05/06/2010 **Time :** 10:00 **Place :** Market 465 Office | |
| **Expiration Date** : | |
| The expiration date of the coaching may be extended beyond 05/07/2011 date, if the Associate spent time on LOA. | |
| **Acknowledgements** | |
| **Date Acknowledged** : | |
| **Associate Name** : | **Userid** : |
| **Manager Name** : JOSEPH THRONEBERRY | **Userid** : |
| **Witness Name** : SALVADOR LOPEZ | **Userid** : SLOPEZ5 |

Print

CONFIDENTIAL W-02-000166540

**Coaching # 3154446 Status is Expired Mode is View**

| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| 210237661 | KERRY | K | TIETZ | KKTIETZ | US | 1 | 2177 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Written' when issued. Change in designation only due to terminology change as of April 19, 2012. | Second Written | Job Performance |

**Observations of Associate's Behavior and/or Performance** :

Kerry has failed to perform specific job duties and failed to communicate to the MAPM on why these tasks were not completed. Kerry misrepresented why certian tasks have not been completed and created a negative enviroment when trying to work with operations to complete national priority and other tasks vital to for AP to be succesful in the store.

**Impact of Associate's Behavior** :

Kerry s behavior has put the store at risk to incur preventable shrink. Kerry has created poor morale among her team mates and direct reports by not communicating positively and beign a teamplayer.

**Behavior Expected Of Associate :**

Kerry needs to complete tasks assigned to her and that fall within her job duties. Kerry needs to communicate in a positive manner and follow up to the communication. Kerry needs to communicate with the MAPM when she has questions or is unclear of how to complete and task, or if she fails to comlete a task. Kerry needs to build up her team and be a role model.

**Next Level of Action** :

The next level of action if behavior continues is: Third Written up to and including Termination

**Action Plan :**

I will take more time to communicate any and all questions to mapm, on n.priorities and all other job duties. i will take a moment to answer a question before coming off negative. i will take time each week to spend with assistant mgr s to rebuild management relationship.

**Date, Time, and Place of Coaching :**

**Date Given :** 03/07/2008 **Time :** 06:11 **Place :** Market Office 2177

**Expiration Date** :

The expiration date of the coaching may be extended beyond 03/08/2009 date, if the Associate spent time on LOA.

**Acknowledgements**

CONFIDENTIAL W-02-000166551
PA0610

| **Date Acknowledged** : | |
|---|---|
| **Associate**<br>**Name** : KERRY K TIETZ | **Userid** : KKTIETZ |
| **Manager**<br>**Name** : BOBBIE J LEWIS | **Userid** : BJLEWIS |
| **Witness**<br>**Name** : JOHN S SABLAN | **Userid** : JSSABLA |

Print

CONFIDENTIAL W-02-000166552

**Coaching # 4648246 Status is Expired Mode is View**

| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| 109213975 | LUCIO | A | INGELS | LAINGEL | US | 1 | 5072 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Written' when issued. Change in designation only due to terminology change as of April 19, 2012. | Second Written | Attendance/Punctuality |

**Observations of Associate's Behavior and/or Performance** :

On Monday, Dec. 14th Lucio was schedule 9am-7pm. Lucio did not show up to work on that day, nor did he notify his supervisor or Store Manager. No Call, No shows are considered automatic coachings due to PD-52. Also, because of this, Lucio did not complete his Weekly Hazardous Waste Checklist or his weekly National Priorities. The checklist is a legal matter that MUST be done every 7 days. This was not completed.

**Impact of Associate's Behavior** :

By Lucio not notifing his supervisor of his absence, it causes important items like the Weekly Checklist not to be done.

**Behavior Expected Of Associate :**

Lucio is expected to notify his MAPM and SM whenever he is going to be tardy or absent. Also, if that is the case, Lucio is still expected to have someone cover the work that is maditory to be completed that day.

**Next Level of Action** :

The next level of action if behavior continues is: Third Written up to and including Termination

**Action Plan :**

No comment.

**Date, Time, and Place of Coaching :**

**Date Given :** 12/17/2009 **Time :** 03:10 **Place :** 5072, Back AP Office

**Expiration Date** :

The expiration date of the coaching may be extended beyond 01/20/2011 date, if the Associate spent time on LOA.

**Acknowledgements**

**Date Acknowledged** :

| **Associate Name** : LUCIO A INGELS | **Userid** : LAINGEL |
|---|---|
| | |

CONFIDENTIAL W-02-000166559

| | |
|---|---|
| **Manager**<br>**Name** : JOE GUERRERO JR | **Userid** : JGUERRE |
| **Witness**<br>**Name** : JEFF L COBURN | **Userid** : J2COBUR |

Print

CONFIDENTIAL W-02-000166560

**Coaching # 4153629 Status is Expired Mode is View**

| Win Number | First Name | Middle Name | Last Name | Userid | Country | Division | Facility |
|---|---|---|---|---|---|---|---|
| 209066747 | MAURICE | L | STALLWORTH | MLSTALL | US | 1 | 5335 |

**Type Of Coaching** :

The Level, and Reason(s) displayed below were the original Level, and Reason(s) selected for the coaching

| Original Level | Level | Reason(s) |
|---|---|---|
| Level designated as 'Verbal' when issued. Change in designation only due to terminology change as of April 19, 2012. | First Written | Job Performance |

**Observations of Associate's Behavior and/or Performance** :

Maurice has not kept up weekly and consistantly with the requirements of National Priorities and market collectables.

**Impact of Associate's Behavior** :

inconsistancies in Company required programs. Impacts on areas of shrink by not conducting tracking required audits as per NP3

**Behavior Expected Of Associate :**

Follow all company required programs weekly and conistantly and document required audits on appropriate forms. Submit market level collectables in a timely manner.

**Next Level of Action** :

The next level of action if behavior continues is: Second Written up to and including Termination

**Action Plan :**

None

**Date, Time, and Place of Coaching :**

**Date Given :** 05/12/2009 **Time :** 02:10 **Place :** AP Office

**Expiration Date** :

The expiration date of the coaching may be extended beyond 05/13/2010 date, if the Associate spent time on LOA.

**Acknowledgements**

**Date Acknowledged** :

| | |
|---|---|
| **Associate Name** : | **Userid** : |
| **Manager Name** : VICTOR M BENITEZ | **Userid** : VMBENIT |
| **Witness Name** : RUBEN ARIZMENDI | **Userid** : RARIZME |

Print

EXHIBIT "H"

PA0615

| When: | What: | Who Will Do It (Primary): | Who Will Do It (Secondary): | What to Report (sub-questions): | Total 96 APC's |
|---|---|---|---|---|---|
| Monthly | Complete an Analysis of the 3 bottom performing departments in bin accuracy and weekly out scans. Review the results of the analysis with the corresponding Department manager, BR ZMS, and IMS Lead. | APC | Area Specific AM | Yes/No- Was an analysis of the bottom 3 performing departments in inventory management completed? Yes/No- Was the review completed with key associates? | 1.463 |
| Monthly | High Shrink Stores Only: Randomly audit six, non-ASN Receiving Detail Reports for accuracy (three GM receivings and three grocery receivings). | Area Specific AM | APC | Yes/No- Have these audits been completed? If answered yes, what dollar difference was found? | 0.8297 |
| Monthly | Has the local item listing (70 type report) been reviewed for D38 and D40 for items incorrectly 70-typed or received in the wrong department? *(Replaces existing McKesson specific question)* | APC | Back Office Associate | A - What discrepencies were found (include zero dollars)? | 0.995 |
| Monthly | Have Genco returns been researched to ensure they have been finalized before end of month? | APC | Area Specific AM | A - Were the MTRs completed upon finalization of the Genco return? Yes/No B - If no, what was the dollar amount identified and corrected? | 0.6928 |
| Monthly | Has a monthly Safety Topic Training Session been conducted? | Area Specific AM | APC | Yes/No - Dialogue box, List topic that was covered during Training. Jeremy checking - Drop down box with all modules available on WIRE, APC would select the topic covered in Training Session, this would allow measurement of what topics are being covered by stores. | 0.5381 |
| Monthly | Are T.A.D. jobs being offered to eligible associates? | APC | Area Specific AM | Report exceptions in Dialogue Box, to include who was addressed, and what was the result of follow up completed. | 0.4379 |
| Monthly | Is the Inclement Weather Plan up to date, has it been communicated, and is it being executed? | APC | FEAM | Yes/No. If No, dialoge box to type in exceptions and corrective action taken. | 0.3822 |
| Monthly | Is the current Safety Action Plan complete according to each step in the SOP? | APC | Area Specific AM | 1. Has the Store Manager signed off on the plan. 2, Is it based on the SMART Model. 3. Are affected associates aware of their responsibilites. 4. Are Action Points being executed. Dialogue box to detail exceptions. | 0.5012 |
| Monthly | Premise security | APC | APA/AM | Questions: Week 1: (Yes/No) Are all lights in parking lot and on exterior of building operational? If no, enter in work order # (text box to enter work order number) Week 2: (Yes/No) Are all cameras operational and in focus? If no, enter in work order number (Text box to enter work order number) Week 3: (Yes/No) Has the monthly key control audit been completed? Week 4: (Yes/No/N/A) do all trailers have required signing and locks? | 1.2447 |
| Monthly | Third party security | APC | APA/AM | (Yes/No/N/A) - Parking Lot Patrol: Is the Parking lot patrol following post orders and completing log? (Yes/No/N/A) - Inside Security: Is the inside security / contracted police following post orders | 0.2705 |

| Weekly | Monthly | Total Time each week |
|---|---|---|
| 19.5174 | 11.9413 | 22.50 |

| AM Time Weekly | AM Time Monthly | Assistant Mgr total time a week in Hours |
|---|---|---|
| 2.0707 | 2.3069 | 2.65 |
| APA Time weekly | APA Time Monthly | APA Total time a week in Hours |
| 0.928 | 0 | 0.928 |
| APC Time weekly | APC Time Monthly | APC Total time in a week in Hours |
| 16.52 | 9.63 | 18.93 |

|  |  |  |  |  | Total |
|---|---|---|---|---|---|
| Monthly | Emergency Procedure Review | APC | Area Specific AM | (Yes/No) - Has the monthly emergency procedures topic been discussed? Number of Meeting topic dicussed? (Text box to enter number). | 0.5045 |
| Monthly | **Receiving & Payment Record Report for Open Receivings**All Divisions - Red Flags: Duplicate Entries, Excessive Retails, Re-logs, Receivings over 30 days old. | APC | Operations ASM | 1. Was the Open Receiving Report generated and reviewed by the Back Office Associate, Yes/No drop down box. If so, 2. Were any exceptions found, Yes/No drop down box. 3. If so, $ amount corrected - Key dollar into digit box with decimal. | 0.8039 |
| Monthly | **Monthly Store Transmittal Detail Report** All Divisions - Red Flags: Duplicate Payments - Non-comparable Cost & Retail - Division 11 - Vendor & JWR inconsistency and excessive amount of MTR's. | APC | Operations ASM | 1. Was the Monthly Store Transmittal Detail Report reviewed by the Back Office Associate, Yes/No drop down box. If so, 2. Were any exceptions found, Yes/No drop down box. 3. If so, $ amount corrected - Key dollar into digit box with decimal. | 0.6477 |
| Monthly | **General Journal -** Redflags - RTCR Chargebacks at Retail | APC | Operations ASM | 1. Was the General Journal reviewed; Yes/No drop down box. If so, 2. Were any RTCR Chargebacks at Retail discovered, Yes/No drop down box. 3. If so, was it researched, Yes/No drop down box. If so, 4. Was shrink incurred, Yes/No drop down box. 5. If so, $ amount corrected - Key dollar into digit box with decimal. | 0.7287 |
| Monthly | Was the Inventory Recap Report analyzed by store manangement and exceptions shared with ZMS / Dept Mgrs, specfically 5&72/40/2/46? | Area Specific AM | Partner AM | Yes/No: Include drop downs for each dept group (5&72, 40, 2&46) Dialog box for each group listing exceptions. | 0.9391 |
| Monthly | Were two (2) RCTR boxes as a result of Dept 46 recalls / modular resets? | APC | Area Specific AM | Yes/No: Drop down box for quantity and drop down box for dollars recovered. | 0.4544 |
| Weekly | Has a review been conducted of the Weekly Refund review Report, for potential fraudulent refunds? | APC |  | Same | 0.8854 |
| Weekly | Has the Ferret review process been executed according to the SOP? | APC | N/A | Revise sub questions to include:<br>A - How many investigations were initiated that resulted in an APIS incident?<br>B - How many investigations resutled in training issues?<br>Add dialouge box to capture what training was completed to address needs identified. | 1.7591 |
| Weekly | Utilizing red flags in Weekly Refund Review Report, analyze 5 refund transactions (including TLE, Jewelry, Rx, etc.) via CCTV to ensure all procedures are being followed appropriately. | APC | APA | Revise sub questions to include:<br>A - How many investigations were initiated that resulted in an APIS incident?<br>B - How many investigations resutled in training issues?<br>Add dialouge box to capture what training was completed to address needs identified. | 0.9588 |
| Weekly | Have all unresolved long/short been addressed according to direction? Communicated to AP; investigation initiated; cctv reviewed; documentation preserved? | APC | Area Specific AM | (Yes/No)<br>- For the week, how many investigations were initiated that resulted in an APIS incident? (Text Box to enter number)<br>- For the week, how many shortages were a result of training opportunities, procedures not followed, etc.? (Text box to enter number) | 2.232 |

CONFIDENTIAL

| | | | | | Total |
|---|---|---|---|---|---|
| Weekly | Accounting office procedures | APC | APA/AM | A. (Yes/No) - As outlined in FEAM Routines, has the previous 7 days cash reports been reviewed with documentation for exceptions noted, signed within 24 hours.<br>- (YES/NO) If No, have exceptions covered with store manager?<br>B. (Yes/ No) - Is the safe in accounting office locked when not in use and both exit doors closed and locked?<br>C. (Yes/No) - Review video of overnight pull to ensure two associates are conducting register pulls per company guidelines and utilizing cash transport cart. D. (Yes/No) - Is store following armored car pick up procedures and is the photo sheet of armored car employess up to date. | 0.8361 |
| Weekly | Conduct **HVDC Pallet Audit** | Management /APC Review | BR ZS | 1. Was the HVDC audit conducted; Yes/No drop down box. - If Yes, 2. Did a shortage occur - Yes/No drop down box. IF Yes, 3. Was a claim filed, Yes/No drop down box. If Yes, 4. Was a Credit received - Yes/No drop down box. If so, 5. $ Amount received - Key dollar into digit box with decimal. | 0.588 |
| Weekly | Are DSD receiving procedures being followed?<br>A- Are doors secure/locked when not in use? B- Is there only one vendor per receiving associate allowed in at one time? C- Is the DSD associate selecting merchandise to be scanned? D- Is DSD associate physically counting merchandise (vs. entering quantities from invoice.) E- Does the DSD associate check packages and racks for anyone exiting the store? (both vendor and associate) | APC | Area Specific AM | Yes/No- Are all receiving procedures being followed? | 0.7663 |
| Weekly | Scan 5 shelf outs in each of the 5 high shrink departments and determine the root cause reason for the out. | APC | Area Specific AM | Yes/No- Have 5 visual outs in each of the top 5 shrink departments been researched?<br>How many manual picks were created as a result of the audit? | 1.333 |
| Weekly | Have the top dispensed items been verified in the Connexus onhands? | APC | Pharmacy associate | Yes/No- Maintain audit form. | 0.5224 |
| Weekly | Has the Need to MTR Report been reviewed, mtrs processed, documented and filed? | APC | Area Specific AM | If yes, what is the dollar amount?<br>If no, what actions were taken to correct the situation? | 0.3717 |
| Weekly | Is a safety walk being completed weekly? | APA | Area Specific AM | Yes/No if walk was completed. In dialogue box, report exceptions to the following 1. Is Safety Board Current. 2. Are Spill Stations properly stocked. 3. Are Fire Extinguishers tagged and up to date. 4. Are fire exits/doors unblocked and clear egress. 5. Are eye wash stations unblocked and clean and clear. 6. Are all furniture and exercise equipment secured properly. Include who did APA report exception to, and what was result of follow up completed to ensure that the exception was corrected. ASM will ensure correction. | 0.928 |

| | | | | | Total |
|---|---|---|---|---|---|
| Weekly | Are accident files complete according to each step in the SOP for customer and associates? | APC | Area Specific AM | Yes/No, If No, enter in Dialogue box which step number from the SOP was the exception, who was it addressed to, and what was the result of follow up completed. | 0.4865 |
| Weekly | Has the Haz Waste Audit been completed within 7 days from the last audit? | APC | FEAM | A- Was the correct form used?<br>B- Are all areas complete?<br>C- Is it dated and signed?<br>D- Have all items been accounted for to prevent shrink (M/D to zero, vendor claim, etc)?<br>E- Have all exceptions from the previous audit been corrected?<br>Dialogue box for exception notes. | 0.4121 |
| Monthly | Are all PLE processes and procedures being completed? | APC | Shift Manager | 1. Is training current 2. Is licensing/certification current. 3. Are all Pre-Op checklists current and retained. Document exceptions in dialogue box with who was addressed and was follow up conducted. | 0.5079 |
| Weekly | Has the Strategic Maintenance Plan been communicated, executed, and does it reflect the trends/seasonality of the store? | APC | FEAM | Yes/No. If Yes or No, enter Actual hours, Preferred Hours, and Scheduled Hours (in three different boxes) | 0.5225 |
| Weekly | Was the Retail Link Report listing the Top Adjusted Items in Departments 5/72/40/2/46 run for the month and analyzed and have the security measures and minimum presentation procedures been executed as directed? | APC | APA Area Specific AM | Yes/No | 1.0956 |
| Weekly | **On-Hand Denied/Not-Reviewed Report.** | APC | Area Specific AM | 1. Was On-Hand Denied/Not Reviewed Report researched? Yes, No drop down box. If so 2. Did any P/C's occur on any items on the report, Yes/No drop down box. 3. If so, $ amount recovered - Key dollar into digit box with decimal. | 0.6213 |
| Weekly | Research & document previous weeks **On-Hand Change Report** readily identifying Negative/Negative Resets - Non Replenishable, Deleted, Clearance Merchandise incurring P/C in last 30 days. | APC | Operations ASM | 1. Was the previous weeks On-Hand Change Report researched, Yes/No drop down box. 2. If so, $ amount recovered - Key dollar into digit box with decimal. | 1.1244 |
| Weekly | Review scanning exception | APC | Area Specific AM | Exceptions in dialogue box | 0.6312 |
| Weekly | Was the daily comparison of high ticket merchandise process for the prior week completed accurately? | Area Specific AM | Partner AM | Yes/No: Drop down boxes for quantity of WMDC claims filed; dollars for WMDC claims filed. | 0.5927 |
| Weekly | Have the Price Change Audits been completed in 5&72/40/2&46 and seasonal (if applicable) and were corrections keyed? (minimum of 10 per Department required / if applicable) | Area Specific AM | Partner AM | Yes/No: Include four frop downs for each dept group (5&72, 40, 2&46) and seasonal for dollars adjusted via mu/md. | 1.478 |
| Weekly | Was the Retail Link Report listing markup/markdowns of $100 and over run for the week and reviewed for exceptions? | APC | Area Specific AM | Yes/No: Include two drop down boxes "dollars recovered via mu" and dollars recovered via Md". | 0.9683 |
| Weekly | Is store management reviewing and noting exceptions on mkup/mkdw recap reports? | APC | Area Specific AM | Yes/No | 0.404 |
| | | | | | 31.459 |

Store

| When: | What: | Who Will Do It (Primary): | Who Will Do It (Secondary): | What to Report (sub-questions): | Brent 13 APC's | Travis 13 APC's | DeWayne 7 APC's | Nicole 8 APC's | Indria J 9 APC's | Sandra 11 APC's | Robert 7 APC's | Herb 8 APC's | 76 & 81 14 APC's | 78 6 APC's | Total 96 APC's |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly | Complete an Analysis of the 3 bottom performing departments in bin accuracy and weekly out scans. Review the results of the analysis with the corresponding Department manager, BR ZMS, and IMS Lead. | APC | Area Specific AM | Yes/No- Was an analysis of the bottom 3 performing departments in inventory management completed? Yes/No- Was the review completed with key associates? | 1.23 | 1.58 | 0.89 | 1.4 | 1.28 | 1.85 | 1.36 | 1.4 | 1.81 | 1.83 | 1.463 |
| Monthly | **High Shrink Stores Only**: Randomly audit six, non-ASN Receiving Detail Reports for accuracy (three GM receivings and three grocery receivings). | Area Specific AM | APC | Yes/No- Have these audits been completed? If answered yes, what dollar difference was found? | 0.85 | 0.68 | 1 | 0.667 | 0.42 | 0.81 | 0.85 | 1.2 | 1.16 | 0.66 | 0.8297 |
| Monthly | Has the local item listing (70 type report) been reviewed for D38 and D40 for items incorrectly 70-typed or received in the wrong department? *(Replaces existing McKesson specific question)* | APC | Back Office Associate | A - What discrepencies were found (include zero dollars)? | 1.3 | 1.23 | 0.86 | 0.91 | 0.75 | 0.88 | 0.89 | 0.88 | 1.61 | 0.64 | 0.995 |
| Monthly | Have Genco returns been researched to ensure they have been finalized before end of month? | APC | Area Specific AM | A - Were the MTRs completed upon finalization of the Genco return? Yes/No B - If no, what was the dollar amount identified and corrected? | 0.58 | 0.56 | 0.79 | 0.458 | 0.47 | 1.2 | 1.14 | 0.7 | 0.62 | 0.41 | 0.6928 |
| Monthly | Has a monthly Safety Topic Training Session been conducted? | Area Specific AM | APC | Yes/No - Dialogue box, List topic that was covered during Training. Jeremy checking - Drop down box with all modules available on WIRE, APC would select the topic covered in Training Session, this would allow measurement of what topics are being covered by stores. | 0.56 | 0.71 | 0.6 | 0.551 | 0.36 | 0.39 | 0.67 | 0.54 | 0.5 | 0.5 | 0.5381 |
| Monthly | Are T.A.D. jobs being offered to eligible associates? | APC | Area Specific AM | Report exceptions in Dialogue Box, to include who was addressed, and what was the result of follow up completed. | 0.3 | 0.3 | 0.357 | 0.312 | 0.36 | 0.37 | 0.39 | 0.41 | 1.17 | 0.41 | 0.4379 |
| Monthly | Is the Inclement Weather Plan up to date, has it been communicated, and is it being executed? | APC | FEAM | Yes/No. If No, dialoge box to type in exceptions and corrective action taken. | 0.46 | 0.39 | 0.386 | 0.416 | 0.21 | 0.4 | 0.39 | 0.37 | 0.39 | 0.41 | 0.3822 |
| Monthly | Is the current Safety Action Plan complete according to each step in the SOP? | APC | Area Specific AM | 1. Has the Store Manager signed off on the plan. 2, Is it based on the SMART Model. 3. Are affected associates aware of their responsibilites. 4. Are Action Points being executed. Dialogue box to detail exceptions. | 0.65 | 0.64 | 0.5 | 0.322 | 0.25 | 0.48 | 0.39 | 0.36 | 0.76 | 0.66 | 0.5012 |
| Monthly | Premise security | APC | APA/AM | Questions: Week 1: (Yes/No) Are all lights in parking lot and on exterior of building operational? If no, enter in work order # (text box to enter work order number) Week 2: (Yes/No) Are all cameras operational and in focus? If no, enter in work order number (Text box to enter work order number) Week 3: (Yes/No) Has the monthly key control audit been completed? Week 4: (Yes/No/N/A) do all trailers have required signing and locks? | 1.2 | 1.04 | 1.28 | 1.687 | 1.22 | 0.63 | 2 | 1.02 | 0.67 | 1.7 | 1.2447 |
| Monthly | Third party security | APC | APA/AM | (Yes/No/N/A) - Parking Lot Patrol: Is the Parking lot patrol following post orders and completing log? (Yes/No/N/A) - Inside Security: Is the inside security / contracted police following post orders and are | 0.25 | 0.09 | 0.375 | 0.25 | 0.36 | 0.35 | 0.39 | 0.37 | 0.06 | 0.21 | 0.2705 |
| Monthly | Emergency Procedure Review | APC | Area Specific AM | (Yes/No) - Has the monthly emergency procedures topic been discussed? Number of Meeting topic dicussed? (Text box to enter number). | 0.48 | 0.54 | 0.5 | 0.625 | 0.31 | 0.4 | 0.67 | 0.43 | 0.57 | 0.52 | 0.5045 |

| Weekly | Monthly | Total Time each week |
|---|---|---|
| 19.5174 | 11.9413 | 22.50 |

| AM Time Weekly | AM Time Monthly | Assistant Mgr total time a week in Hours |
|---|---|---|
| 2.0707 | 2.3069 | 2.65 |
| APA Time weekly | APA Time Monthly | APA Total time a week in Hours |
| 0.928 | 0 | 0.928 |
| APC Time weekly | APC Time Monthly | APC Total time in a week in Hours |
| 16.52 | 9.63 | 18.93 |

| When: | What: | Who Will Do It (Primary): | Who Will Do It (Secondary): | What to Report (sub-questions): | Brent 13 APC's | Travis 13 APC's | DeWayne 7 APC's | Nicole 8 APC's | Indria J 9 APC's | Sandra 11 APC's | Robert 7 APC's | Herb 8 APC's | 76 & 81 14 APC's | 78 6 APC's | **96 APC's** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly | **Receiving & Payment Record Report for Open Receivings** All Divisions - Red Flags: Duplicate Entries, Excessive Retails, Re-logs, Receivings over 30 days old. | APC | Operations ASM | 1. Was the Open Receiving Report generated and reviewed by the Back Office Associate, Yes/No drop down box. If so, 2. Were any exceptions found, Yes/No drop down box. 3. If so, $ amount corrected - Key dollar into digit box with decimal. | 0.48 | 0.71 | 0.607 | 0.562 | 0.72 | 1.4 | 1.5 | 0.55 | 0.68 | 0.83 | 0.8039 |
| Monthly | **Monthly Store Transmittal Detail Report** All Divisions - Red Flags: Duplicate Payments - Non-comparable Cost & Retail - Division 11 - Vendor & JWR inconsistency and excessive amount of MTR's. | APC | Operations ASM | 1. Was the Monthly Store Transmittal Detail Report reviewed by the Back Office Associate, Yes/No drop down box. If so, 2. Were any exceptions found, Yes/No drop down box. 3. If so, $ amount corrected - Key dollar into digit box with decimal. | 0.48 | 0.5 | 0.929 | 0.518 | 0.58 | 1.01 | 0.54 | 0.64 | 0.66 | 0.62 | 0.6477 |
| Monthly | **General Journal -** Redflags - RTCR Chargebacks at Retail | APC | Operations ASM | 1. Was the General Journal reviewed; Yes/No drop down box. If so, 2. Were any RTCR Chargebacks at Retail discovered, Yes/No drop down box. 3. If so, was it researched, Yes/No drop down box. If so, 4. Was shrink incurred, Yes/No drop down box. 5. If so, $ amount corrected - Key dollar into digit box with decimal. | 0.6 | 0.44 | 1.07 | 0.687 | 0.53 | 0.9 | 1.14 | 0.6 | 0.74 | 0.58 | 0.7287 |
| Monthly | Was the Inventory Recap Report analyzed by store manangement and exceptions shared with ZMS / Dept Mgrs, specfically 5&72/40/2/46? | Area Specific AM | Partner AM | Yes/No: Include drop downs for each dept group (5&72, 40, 2&46) Dialog box for each group listing exceptions. | 0.56 | 0.91 | 1.17 | 0.781 | 0.86 | 0.8 | 1.1 | 0.88 | 1.38 | 0.95 | 0.9391 |
| Monthly | Were two (2) RCTR boxes as a result of Dept 46 recalls / modular resets? | APC | Area Specific AM | Yes/No: Drop down box for quantity and drop down box for dollars recovered. | 0.3 | 0.43 | 0.393 | 0.531 | 0.31 | 0.5 | 0.64 | 0.48 | 0.38 | 0.58 | 0.4544 |
| Weekly | Has a review been conducted of the Weekly Refund review Report, for potential fraudulent refunds? | APC | | Same | 1 | 0.81 | 0.964 | 0.65 | 0.61 | 0.85 | 1.21 | 0.98 | 0.91 | 0.87 | 0.8854 |
| Weekly | Has the Ferret review process been executed according to the SOP? | APC | N/A | Revise sub questions to include:<br>A - How many investigations were initiated that resulted in an APIS incident?<br>B - How many investigations resutled in training issues?<br>Add dialouge box to capture what training was completed to address needs identified. | 2.23 | 1.7 | 1.821 | 2 | 1.22 | 1.7 | 2.32 | 1.5 | 1 | 2.1 | 1.7591 |
| Weekly | Utilizing red flags in Weekly Refund Review Report, analyze 5 refund transactions (including TLE, Jewelry, Rx, etc.) via CCTV to ensure all procedures are being followed appropriately. | APC | APA | Revise sub questions to include:<br>A - How many investigations were initiated that resulted in an APIS incident?<br>B - How many investigations resutled in training issues?<br>Add dialouge box to capture what training was completed to address needs identified. | 0.88 | 0.43 | 0.893 | 0.78 | 1.14 | 0.775 | 1.42 | 1.13 | 0.89 | 1.25 | 0.9588 |
| Weekly | Have all unresolved long/short been addressed according to direction? Communicated to AP; investigation initiated; cctv reviewed; documentation preserved? | APC | Area Specific AM | (Yes/No)<br>- For the week, how many investigations were initiated that resulted in an APIS incident?(Text Box to enter number)<br>- For the week, how many shortages were a result of training opportunities, procedures not followed, etc.? (Text box to enter number) | 2.4 | 1.07 | 3.4 | 1.7 | 1.11 | 1.41 | 2.6 | 1.8 | 4.23 | 2.6 | 2.232 |
| Weekly | Accounting office procedures | APC | APA/AM | A. (Yes/No) - As outlined in FEAM Routines, has the previous 7 days cash reports been reviewed with documentation for exceptions noted, signed within 24 hours.<br>- (YES/NO) If No, have exceptions covered with store manager?<br>B. (Yes/ No) - Is the safe in accounting office locked when not in use and both exit doors closed and locked?<br>C. (Yes/No) - Review video of overnight pull to ensure two associates are conducting register pulls per company guidelines and utilizing cash transport cart. D. (Yes/No) - Is store following armored car pick up procedures and is the photo sheet of armored car employees up to date. | 0.94 | 0.87 | 1.286 | 0.78 | 0.67 | 0.545 | 0.78 | 0.93 | 0.56 | 1 | 0.8361 |

| Weekly | Monthly | Total Time each week |
|---|---|---|

Markets

CONFIDENTIAL

| When: | What: | Who Will Do It (Primary): | Who Will Do It (Secondary): | What to Report (sub-questions): | Brent 13 APC's | Travis 13 APC's | DeWayne 7 APC's | Nicole 8 APC's | Indria J 9 APC's | Sandra 11 APC's | Robert 7 APC's | Herb 8 APC's | 76 & 81 14 APC's | 78 6 APC's | **96 APC's** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weekly | Conduct **HVDC Pallet Audit** | Management/ APC Review | BR ZS | 1. Was the HVDC audit conducted; Yes/No drop down box. - If Yes, 2. Did a shortage occur - Yes/No drop down box. IF Yes, 3. Was a claim filed, Yes/No drop down box. If Yes, 4. Was a Credit received - Yes/No drop down box. If so, 5. $ Amount received - Key dollar into digit box with decimal. | 0.46 | 0.66 | 0.5 | 0.46 | 0.44 | 0.66 | 0.71 | 0.77 | 0.52 | 0.7 | 0.588 |
| Weekly | Are DSD receiving procedures being followed? A- Are doors secure/locked when not in use? B- Is there only one vendor per receiving associate allowed in at one time? C- Is the DSD associate selecting merchandise to be scanned? D- Is DSD associate physically counting merchandise (vs. entering quantities from invoice.) E- Does the DSD associate check packages and racks for anyone exiting the store? (both vendor and associate) | APC | Area Specific AM | Yes/No- Are all receiving procedures being followed? | 1.09 | 0.7 | 0.643 | 0.56 | 0.61 | 1.02 | 0.89 | 0.83 | 0.67 | 0.65 | 0.7663 |
| Weekly | Scan 5 shelf outs in each of the 5 high shrink departments and determine the root cause reason for the out. | APC | Area Specific AM | Yes/No- Have 5 visual outs in each of the top 5 shrink departments been researched? How many manual picks were created as a result of the audit? | 1.05 | 1.06 | 1.81 | 1.37 | 1.25 | 1.27 | 1.4 | 1.22 | 1.3 | 1.6 | 1.333 |
| Weekly | Have the top dispensed items been verified in the Connexus onhands? | APC | Pharmacy associate | Yes/No- Maintain audit form. | 0.36 | 0.43 | 0.564 | 0.5 | 0.44 | 0.56 | 0.33 | 0.53 | 0.51 | 1 | 0.5224 |
| Weekly | Has the Need to MTR Report been reviewed, mtrs processed, documented and filed? | APC | Area Specific AM | If yes, what is the dollar amount? If no, what actions were taken to correct the situation? | 0.32 | 0.27 | 0.357 | 0.25 | 0.47 | 0.38 | 0.36 | 0.42 | 0.44 | 0.45 | 0.3717 |
| Weekly | Is a safety walk being completed weekly? | APA | Area Specific AM | Yes/No if walk was completed. In dialogue box, report exceptions to the following 1. Is Safety Board Current. 2. Are Spill Stations properly stocked. 3. Are Fire Extinguishers tagged and up to date. 4. Are fire exits/doors unblocked and clear egress. 5. Are eye wash stations unblocked and clean and clear. 6. Are all furniture and exercise equipment secured properly. Include who did APA report exception to, and what was result of follow up completed to ensure that the exception was corrected. ASM will ensure correction. | 1.3 | 0.95 | 1.243 | 0.937 | 0.94 | 0.69 | 0.67 | 1.14 | 0.58 | 0.83 | 0.928 |
| Weekly | Are accident files complete according to each step in the SOP for customer and associates? | APC | Area Specific AM | Yes/No, If No, enter in Dialogue box which step number from the SOP was the exception, who was it addressed to, and what was the result of follow up completed. | 0.47 | 0.43 | 0.893 | 0.312 | 0.44 | 0.64 | 0.53 | 0.51 | 0.23 | 0.41 | 0.4865 |
| Weekly | Has the Haz Waste Audit been completed within 7 days from the last audit? | APC | FEAM | A- Was the correct form used? B- Are all areas complete? C- Is it dated and signed? D- Have all items been accounted for to prevent shrink (M/D to zero, vendor claim, etc)? E- Have all exceptions from the previous audit been corrected? Dialogue box for exception notes. | 0.5 | 0.38 | 0.536 | 0.375 | 0.31 | 0.46 | 0.39 | 0.39 | 0.3 | 0.48 | 0.4121 |
| Monthly | Are all PLE processes and procedures being completed? | APC | Shift Manager | 1. Is training current 2. Is licensing/certification current. 3. Are all Pre-Op checklists current and retained. Document exceptions in dialogue box with who was addressed and was follow up conducted. | 0.71 | 0.5 | 0.679 | 0.4 | 0.44 | 0.55 | 0.57 | 0.44 | 0.29 | 0.5 | 0.5079 |
| Weekly | Has the Strategic Maintenance Plan been communicated, executed, and does it reflect the trends/seasonality of the store? | APC | FEAM | Yes/No. If Yes or No, enter Actual hours, Preferred Hours, and Scheduled Hours (in three different boxes) | 0.56 | 0.45 | 0.393 | 0.312 | 0.39 | 1.26 | 0.35 | 0.46 | 0.47 | 0.58 | 0.5225 |

| Weekly | Monthly | Total Time each week |
|---|---|---|

| When: | What: | Who Will Do It (Primary): | Who Will Do It (Secondary): | What to Report (sub-questions): | Brent 13 APC's | Travis 13 APC's | DeWayne 7 APC's | Nicole 8 APC's | Indria J 9 APC's | Sandra 11 APC's | Robert 7 APC's | Herb 8 APC's | 76 & 81 14 APC's | 78 6 APC's | **96 APC's** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weekly | Was the Retail Link Report listing the Top Adjusted Items in Departments 5/72/40/2/46 run for the month and analyzed and have the security measures and minimum presentation procedures been executed as directed? | APC | APA Area Specific AM | Yes/No | 0.82 | 1.19 | 1.25 | 0.906 | 1.3 | 1.01 | 1.4 | 0.91 | 0.57 | 1.6 | 1.0956 |
| Weekly | **On-Hand Denied/Not-Reviewed Report.** | APC | Area Specific AM | 1. Was On-Hand Denied/Not Reviewed Report researched? Yes, No drop down box. If so 2. Did any P/C's occur on any items on the report, Yes/No drop down box. 3. If so, $ amount recovered - Key dollar into digit box with decimal. | 0.5 | 0.65 | 0.393 | 0.75 | 0.75 | 0.6 | 0.71 | 0.52 | 0.51 | 0.83 | 0.6213 |
| Weekly | Research & document previous weeks **On-Hand Change Report** readily identifying Negative/Negative Resets - Non Replenishable, Deleted, Clearance Merchandise incurring P/C in last 30 days. | APC | Operations ASM | 1. Was the previous weeks On-Hand Change Report researched, Yes/No drop down box. 2. If so, $ amount recovered - Key dollar into digit box with decimal. | 0.79 | 1.6 | 1.464 | 1.17 | 0.78 | 1.2 | 1.3 | 1.1 | 0.8 | 1.04 | 1.1244 |
| Weekly | Review scanning exception | APC | Area Specific AM | Exceptions in dialogue box | 0.6 | 0.93 | 0.607 | 0.375 | 0.44 | 0.41 | 0.96 | 0.65 | 0.39 | 0.95 | 0.6312 |
| Weekly | Was the daily comparison of high ticket merchandise process for the prior week completed accurately? | Area Specific AM | Partner AM | Yes/No: Drop down boxes for quantity of WMDC claims filed; dollars for WMDC claims filed. | 0.5 | 0.7 | 0.607 | 0.4 | 0.5 | 0.61 | 1.03 | 0.52 | 0.48 | 0.58 | 0.5927 |
| Weekly | Have the Price Change Audits been completed in 5&72/40/2&46 and seasonal (if applicable) and were corrections keyed? (minimum of 10 per Department required / if applicable) | Area Specific AM | Partner AM | Yes/No: Include four frop downs for each dept group (5&72, 40, 2&46) and seasonal for dollars adjusted via mu/md. | 1.23 | 1.3 | 1.17 | 1.4 | 0.97 | 1.84 | 2.3 | 1.6 | 1.17 | 1.8 | 1.478 |
| Weekly | Was the Retail Link Report listing markup/markdowns of $100 and over run for the week and reviewed for exceptions? | APC | Area Specific AM | Yes/No: Include two drop down boxes "dollars recovered via mu" and dollars recovered via Md". | 1.1 | 1.1 | 0.643 | 0.9 | 1.17 | 1.05 | 1.6 | 0.89 | 0.61 | 0.62 | 0.9683 |
| Weekly | Is store management reviewing and noting exceptions on mkup/mkdw recap reports? | APC | Area Specific AM | Yes/No | 0.3 | 0.5 | 0.357 | 0.343 | 0.33 | 0.46 | 0.44 | 0.54 | 0.23 | 0.54 | 0.404 |
| | | | | | 30.39 | 29.43 | 34.18 | 28.307 | 25.71 | 32.32 | 38.33 | 30.61 | 30.82 | 34.49 | 31.459 |

| **Weekly** | **Monthly** | **Total Time each week** |
|---|---|---|



December 19th, 2008

# National Priorities 3

# Final Run Through

Save money. Live better.

## Topic Order

1. National Priorities Cover Letter
2. Safety & Compliance Priority
3. Backroom Priority
4. Front End Priority
5. Electronics Priority
6. Beauty Priority
7. Pharmacy Priority

CONFIDENTIAL

W-02-000161982

PA0625

# NP3 – Safety & Compliance (Weekly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | APC will ensure the Safety Boards are up to date. | APC | APC to ensure basic Safety practices by reviewing Wire Submissions, visual verification, and visiting with the Safety Team Leader. | Safety Resource Manual<br><br>Safety Management Sponsor Link |
| 2 | Verify current week's accident files (customer & associate) are completed correctly, including accident review. Ensure TAD worksheet is being utilized. | APC | Limit liability and improved consistency | *Accident Audit Sheet*<br>CMI<br><br>Safety Management Sponsor Link |
| 3 | Ensure Strategic Maintenance Sweeps are being completed per guidelines (see reference) | ASM | ASM will utilize Staffing Comparison by Day Report-To verify hours are scheduled to preferred during peak traffic times Fri-Sun Customer Experience Survey; MAPM and RSM will review Impact Store Results. This will lower the # of STFs. | Strategic Maintenance Sweeps<br>STF Best Practices<br><br>Safety Management Sponsor Link |
| 4 | Verify Slip Prevention and Spill Cleanup Tools are stocked and available. | APC | APC ensure Monthly Safety Surveys are completed and exceptions corrected; APC/ASM will complete Safety and Security Tour and correct exceptions. MAPM will follow up on surveys and visually verify during store tours. | Spill Absorbent Program<br><br>Slip, Trip, and Fall Guidelines<br><br>Safety Management Sponsor Link |
| 5 | Cashier Safety<br>Opening CSMs on a weekly basis will verify the hand scanners work properly and the belts are operable. Check all scanners and belts on every register. | APC | Fewer Material Handling & back strain claims | Safety Resource Manual<br><br>Safety Management Sponsor Link |
| 6 | Backroom Associate Safety<br>Verify all backroom associates are stretching at the beginning of shifts, lifting in the green zone, and practicing team lifts. | APC | Fewer Material Handling & back strain claims | Safe Lifting<br>*Stretching Poster # 8862216*<br>*Detail Instruction on Stretching*<br><br>Safety Management Sponsor Link |

Walmart
Save money. Live better.

CONFIDENTIAL

W-02-000161983
PA0626

# NP3 – Safety & Compliance (Weekly) Continued…

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 7 | **Verify the weekly hazardous waste inspections are completed by the responsible associate.** | **APC** | **Reduction in exceptions with Hazardous Waste program,** | **CG 700-707 (Hazardous Chemicals)**<br>**Claims Guide Index**<br>**Weekly Hazardous Waste Instructions** |
| 8 | **Ensure trigger locks or locking mechanisms have been placed on all display firearms where applicable. Ensure exceptions are corrected** | **APC** | **Added firearm safety** | ***Trigger lock/locking mechanism order # 9921187*** |

CONFIDENTIAL
W-02-000161984
PA0627

# NP3 – Safety & Compliance (Monthly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Ensure 3 line claim report listing exceptions are followed up to. | APC | Increased profitability to the store | RSM Toolbox > 3-line claim report |
| 2 | Has the monthly OSHA checklist been completed | APC | Improved OSHA compliance | OSHA Compliance Review |
| 3 | Safety Playbook:<br>Verify the playbook action plans are completed by management and signed by the store manager after the actions have been accomplished. | APC | Validate on National Priorities Scorecard. | Safety Playbook FY09 |
| 4 | Verify Inclement Weather Plans are in place; and proper tools are readily available | APC | APC will verify current inclement weather plans are posted<br>- verify tools are available and utilized. | Inclement Weather Guidelines<br>Snow Removal Guidelines |
| 5 | Participate in the New Hire Orientation and verify the departmental checklists are completed and signed by management | APC | Reduction in Associate accidents during first year of employment | *Departmental Checklist* |

CC7

Walmart Save money. Live better.

CONFIDENTIAL

W-02-000161985

PA0628

**Slide 5**

**CC7** DAPD's wanted something monthly that could really keep the momentum with the Safety Re-Emphasis that Operations did in Week 46

MAPM Feed Forward: Potential Event Calendar Plus, Mission Analysis, Conference Calls, Safety Broadcast from Home Office, ect.
Cedric Clark, 12/19/2008

# NP3 - Safety & Compliance Time Study

| Total Time Study - Hours | 55 Minutes |
| --- | --- |

6 NP3 - National Priorites Update
Walmart Save money. Live better.

CONFIDENTIAL W-02-000161987
PA0630




# NP3 – Backroom (Weekly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Warehouse Receivings<br>High Ticket Merchandise<br>* iPods<br>* LCD/Plasma<br>* Laptops and Desktops<br>*Digital Cameras / Camcorders<br>*GPS<br><br>Utilize the Pre-Notification Report and Warehouse Receiving Detail Report from the truck to verify the above items were received. Document all findings with proper follow up on discrepancies. It is important to note that if discrepancies are identified, a two day rolling period should be considered. After the two day rolling period, claims should be filed on any noted shortages. The report is placed into a red binder and retained in the invoice office. Weekly the APC reconciles the pre-notifications to identify any shrink opportunities. | ASM: ASM will designate an Associate to verify the pre-notification.<br><br>ASM will place the pre-notification in a red binder. | Reduction in On-Hand Changes<br><br>CC5 | (WMDC Credit/Claims) to file warehouse credits/claims<br>*IRG 301 Pre-Notification* |
| 2 | Random DSD Audit<br><br>Randomly audit six, non-ASN, Receiving Detail Reports for accuracy.<br>•Two from GM<br>•Two from Grocery DSD<br>•One HVDC (pallet count)<br>•One of your choice from either; TLE, Pharmacy or Garden Center.<br>Compare the Receiving Detail Final Report to the physical merchandise received.<br>Note discrepancies identified, and determine if additional training is required. | APC | DSD audit sheet will be used to track errors found during audit. | IRG 407 (Logging Purchase Order Receivings);<br>IRG 418 (DSD Supplier Procedures) |
| CC8<br>3<br>CC26<br>CC12 | Review CCTV<br><br>Once a week the APC will review random video from receiving to ensure all receiving processes are followed. APC reviews one hour worth of video from each Receiving area.<br>APC's will determine which days to review based on their facilities busiest receiving days. Discrepancies documented in Weekly NP Exception Summary. | APC | Reduction in discrepancies documented in the Weekly NP Exception Summary. | Asset Protection Coordinator Tools |

CONFIDENTIAL

W-02-000161988
PA0631

**Slide 7**

**CC5** Removed Filed Claims as Means of Measurement
Cedric Clark, 12/17/2008

**CC8** Talk with MAPM Council 12-19-08 about APA added to #3

MAPM Feed Forward: APC can delegate in relations to developmental opportunities for APA
Cedric Clark, 12/19/2008

**CC12** Have Consistent Verbage for CCTV Review
Cedric Clark, 12/17/2008

**CC26** Utilzie Verbage from this question to bring CCTV Review consistency
Cedric Clark, 12/19/2008

| Dept # | MDSE Category | POS Sales | Total Customer Return Retail | On Hand Adj Retail Amnt | Backroom Adj Retail Amt | Total Adj Retail Amnt | % to Sales |
|---|---|---|---|---|---|---|---|
| 5 | DVD SOFTWARE | $783,244,676 | $15,588,009 | ($20,254,184) | ($11,238,822) | ($31,493,006) | (4.02%) |
| **5** | **TELEVISIONS** | **$767,566,927** | **$103,543,764** | **($12,275,849)** | **($321,079)** | **($12,596,928)** | **(1.64%)** |
| **5** | **DIGITAL AUDIO** | **$228,335,782** | **$31,331,417** | **($4,984,686)** | **($4,839,810)** | **($9,824,496)** | **(4.30%)** |
| 32 | JEWELRY COSTUME | $59,971,945 | $1,310,075 | ($4,976,300) | ($3,791,818) | ($8,768,118) | (14.62%) |
| **5** | **DESKTOP COMPUTERS** | **$117,639,548** | **$15,365,933** | **($7,724,480)** | **($248,219)** | **($7,972,699)** | **(6.78%)** |
| 10 | TIRES | $224,069,755 | $2,289,345 | ($7,856,474) | ($5,460) | ($7,861,934) | (3.51%) |
| 5 | VIDEO GAME SOFTWARE | $364,541,584 | $18,735,145 | ($3,505,844) | ($4,227,659) | ($7,733,503) | (2.12%) |

# NP3 – Backroom (Weekly) Continued…

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 4 | Verify Bin Accuracy: Select 50 random items from both GM and Grocery in random departments located in actual bin space in the stockroom. Scan items in Keep It Stocked - ON the salesfloor. Ensure "BR" is present. Hit ALT/F7 and verify bin location and counts listed match actual location in the steel.<br>Document department exceptions on the Weekly NP Exception Summary<br>*Non-Supercenter complete 50 items total* | APC | Improved inventory turns and<br>BIN accuracy | *Customer Initiative Site*<br>*Inventory Mgmt Changes to salesfloor* |
| 5 | Return Center Claims<br><br>APC is required to randomly audit six RCTR claims each week for dept.'s 5, 40, & 46. (2 per dept.) | APC | Documented on Weekly NP Exception Summary. | CG 308<br>(Return Center Monthly Exception Report) |
| 6 | While conducting the RCTR audits, the APC is required to document the quantity and dollar amount of any discrepancies found in the Merchandise returns. The claims being audited should be sealed and ready to go out. APC should not alert the Claims Associate prior to the audits and should also vary the times audits are conducted. | | | |

CONFIDENTIAL
W-02-000161991
PA0634

# NP3 – Backroom (Monthly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | **Purchase Recap**<br><br>**Store Mgmt with Dept. Mgrs are required to analyze the Store's Purchase Recap and PurCap to identify and follow up to exceptions. Attention specifically to Dept's 5, 40, & 46.** | **Store Mgmt** CC9 | **Reduced inventory levels and increase turns. APC/ASM to verify Monthly SWAS Action Plans.** | **Purchase Recap Analysis Documentation** |
| 2 | **Return Center Claims Exceptions**<br><br>**MAPM is required to review the Return Center Monthly Summary Report located on Document Direct. MAPM is to communicate the findings to the Store Manager in order to reduce valid overages.** | **MAPM** | **Reduction in Valid Overages (shrinkage) on the Return Center Monthly Summary report.** | **Return Center Monthly Summary Report (Return Center Monthly Summary explanation.pdf)** |
| 3 | **Merchandise Returns (Vendor Recalls): Audit 2 entire returns/recalls for the following: PI accuracy, all required merchandise included, and processed prior to expiration date.** | **APC** | **Vendor Returns completed accurately and timely to reduce unnecessary losses.** | **CG500 (Recall Reports); SM Recaps-Updated Daily; WIRE Action Item** |

Walmart Save money. Live better.

CONFIDENTIAL W-02-000161992
PA0635

**Slide 10**

**CC9** Just added Store Management
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000161993

PA0636

# NP3 - Backroom Time Study

| Total Time Study - Hours | 5 Hour 50 Minutes |
| --- | --- |

11 NP3 - National Priorites Update

Walmart Save money. Live better.

CONFIDENTIAL

W-02-000161994

PA0637

# NP3 – Front End (Weekly)

| | Action Point | Responsible | Measurement / Business Impact | Reference |
|---|---|---|---|---|
| 1 | Randomly verify greeters are utilizing the express refund process as directed. | ASM | Internal case development Refund percentages Unbeatable excellence scores Front end scorecard | Front-end Guides; FG 202 (Asset Protection); FG 600 (CSM Operations) & FG 700 (Front-End Supervision); Unbeatable Excellence; AP analysis audit; Use CCTV for additional research as needed. *Transaction Analysis Link* *Transaction Analysis Instructions* |
| 2 | APC randomly verifies refund slips are being reconciled to the merchandise on all shifts, including outlying registers. | APC | | |
| CC11 | APC randomly audit to ensure the express refund sticker is attached to the receipt is being randomly verified by CSM and/or Assistant Manager. Verify 20 refund slips to include all shifts. | APC | Internal case development Refund percentages Unbeatable excellence scores Front end scorecard | *FG 513* |
| 3 | Complete the required number of register audits | ASM & CSM | Cash long / short reductions and development of internal cases | Front-end Guides; FG 202 (Asset Protection); FG 600 (CSM Operations) & FG 700 (Front-End Supervision); Unbeatable Excellence; AP analysis audit; Use CCTV for additional research as needed. |
| 4 | Verify Register Audits Alerts are issued by the Accounting office when a long/short greater than $20 could be tied to a single operator. | ASM | Unbeatable Excellence scores | Accounting guide; AP-22 (Cash Control Follow Up Procedures; FG 702 (Cash Overage/Shortage |

CONFIDENTIAL

W-02-000161995

PA0638

**Slide 12**

---

**CC11** Combined Question 2 & 3
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000161996

PA0639

# NP3 – Front End (Weekly) Continued…

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 5 | Is the weekly RAA Form being consistently filled out and follow up per the Accounting Guide 405a | ASM | Accounting Scorecard<br>CC10 | *AG 405a* |
| 6 | APC audits the Weekly Refund Review Report for red flags, as outlined in FG 511. | APC | development of internal cases | CCTV<br>Refund review report<br>Front-end Guide<br>*FG 511* |
| 7 | Once a week, the APC will search All Register in Electronic Journal the following strings: PRICE INQUIRY, VOIDED ENTRY, APC's should focus review on the busiest days. Suspected under-ringing activity should be documented in the Weekly NP Exception Summary and reported to the MAPM. | APC | development of internal cases | FG 311<br>CCTV |
| 7 | Once a week, the Assistant Manager is responsible for working the POS Cashier Exception Report and identifying operators that require further research. The APC should then assist the Front-End Assistant Manager to conduct CCTV investigations into indentified exceptions. | ASM | Development of internal cases | *CCTV* |

CONFIDENTIAL
W-02-000161997
PA0640



**Slide 13**

**CC10** Get Details Log for Measuring RAA Form Execution
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000161998

PA0641

# NP3 - Front End Time Study

| | | *Deletion* |
| --- | --- | --- |
| Total Time Study - Hours | 3 Hours | 2 hours |

14 | NP3 - National Priorites Update

Walmart Save money. Live better.

CONFIDENTIAL

W-02-000161999

PA0642

# NP3 – Electronics (Weekly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Audit at least 5 cases of DVD receivings, 2 new release PDQ's and compare to the receiving detail final report. Results will be documented and resolved. | APC | Reduction in On Hand Adjustments | CCC Log (Electronics Control & Communication Log - "Blue Book.") |
| 2 | Audit a minimum of five finalized DVD returns per week at random. (Each box counts as one return). Compare contents of each box to the return center detail report. Results will be documented and corrective actions taken. Audits should be unannounced on a sealed return. | | Reduction of Valid Overages (shrinkage) on the report. | |
| 3 | Audit a minimum of 30 random price changes per week. | ASM | Improved PI accuracy and accurate financial accounting | BOG 407 (Detail Markup/Markdown Report);<br>DMG (Department Maintenance Guide Index);<br>SM Recap<br>BOG 814 (Outstanding Price Change Report)<br>*Price Change Instructions (tracking document)* |
| 4 CC15 | Minimal Presentation: Reduce "open sale" item shelf quantities on the top 5 items adjusted (by Store) as determined by the MAPM.<br>To keep peak daily sales, plus one, but no fewer than 2, to maintain in-stock position.<br>MM, MAPM & MEM approval required for Minimal Presentation | ASM | Reduction of On-Hand and stolen adjustments and increased in stock with increased PI accuracy | Adjustment Detail Report on Retail Link<br>Retail Link Instructions<br>*Instructions for peak sales* |
| CC14 5 CC25 | Verify execution of security devices; spiderwrap, locking peg hooks, keeper boxes, showcase & key controls, etc. as approved by MM, MAPM & MEM<br><br>The following should be given consideration before applying security devices:<br>- Customer Experience<br>- Sales & Profitability<br>- Labor Impact<br>- Theft Deterrence | APC | Decreased adjustments due to theft, increased in-stock | *Utilize report from MAPM Link to 99* |
| 6 CC13 | Electronics Cash Wrap Review<br>Review 1 hour of transaction through CCTV comparing Electronic Journal transactions for the following:<br>- Associates Engaging in the 10 Foot Rule<br>- Integrity Concerns<br>- Policy / Procedure Violations | APC & APA<br>* Optional if no APC or APA | Case development<br>Increased customer experience<br>Increased associate productivity | *Electronic Journal*<br>*CCTV* |

Walmart
Save money. Live better.

CONFIDENTIAL

W-02-000162000
PA0643

**Slide 15**

**CC13** Have Consistent Verbage for CCTV Review
Cedric Clark, 12/17/2008

**CC14** Took out Denial Boxes in detail
Cedric Clark, 12/17/2008

**CC15** Verbage changed to detail approval of Security Devices on Front Side
Cedric Clark, 12/17/2008

**CC25** Changed from Associate Productivity to 10 foot Rule
Cedric Clark, 12/19/2008

# NP3 – Electronics (Monthly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| CC16 1 | In an effort to increase communication and coordinate both merchandise and AP strategies the AM and APC* will meet monthly to discuss strategic business plans. The content of the meeting will consist of topics such as; discuss new releases for upcoming weeks, modular changes, Purcap review, special buys, seasonal plans, theft response, staffing, and Market direction. | AM & APC *(MAPM's will meet with the AM in facilities where an APC is not present) | Increased Sales; Reduced Inventory Levels; Reduced Inventory Adjustments | "One Team - One Goal" Action/Focus Items Purchase Recap Analysis Documentation |
| 2 | Analyze Retail Link Report, generated and updated monthly, will include stolen, on-hand, and total adjustments by the MAPM, Stores review exceptions for security measure implementations | MAPM | Monthly Dept 5 Adjusted Items Report-Compared Year to Year | Retail Link Instructions Top Adjusted Items by Dept. |

CONFIDENTIAL

W-02-000162002
PA0645

**Slide 16**

**CC16** Changed EAM to AM for consistency
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000162003

PA0646

# NP3 - Electronics Time Study

Total Time Study - Hours | 6 Hours 35 Minutes

Walmart
Save money. Live better.

CONFIDENTIAL

W-02-000162004

PA0647

# NP3 – Beauty (Weekly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Minimal Presentation: Reduce "open sale" item shelf quantities on the top 15 items adjusted (by Store) as determined by the MAPM.<br>To keep peak daily sales, plus one, but no fewer than 2, to maintain in-stock position.<br>MM & MAPM approval required for Minimal Presentation | ASM | Reduction of On-Hand and stolen adjustments and increased in stock with increased PI accuracy | Adjustment Detail Report on Retail Link<br>Retail Link Instructions<br>*Instructions for peak sales* |
| 4 | Audit a minimum of 30 random price changes per week. | ASM | Increased accuracy of price changes based on physical auditing of the merchandise rather than relying on accuracy of system to accept price change counts | BOG 407(Detail Markup/Markdown Report); DMG(Department Maintenance Guide Index);<br>SM Recap<br>BOG 814 (Outstanding Price Change Report)<br>*Price Change Instructions (tracking document)* |
| 3 | Verify the back office associate is printing the 70-type item listing and verifying the correct retail | APC | Reduction of Shrinkage through NOF McKesson's merchandise added at Store Level<br>Improved sku variance | DMG 211 |
| 4 | Audit 2 PDQs for accuracy comparing invoice vs. actual on piece count | ASM | Reduction of Shrinkage through Increase accuracy of Vendor Shipments<br>Improved sku variance | Instructions for PDQ Audit |
| 5 | DSDC Labels: Verify store numbers on the supplier label and warehouse label match. ASM questions invoice associate to verify mislabels are being reported for Dept. 46. | ASM<br>CC19 | Successful claim credits, increased profitability | IRG 303, (WMDC Credits/Claims); *photo of each label required on the box (both in one picture)<br>*Add Photo* |
| 6 | Complete a cycle count using inventory screen on one category every week of the month. Use the following schedule:<br>Week 1 - Fragrances<br>Week 2 – Nail Care<br>Week 3 – L'Oreal<br>Week 4 – Maybelline | ASM | Improved sku variance<br>Reports to be run in sequential order:<br>- 5 Week No Item Movement Report<br>- Inactive Items Report<br>- New Item No Item Movement Report<br>- Clearance Listing<br>- No Item Movement Report | *DMG 1204*<br>*Detailed Instructions on Cycle Count Process* |

Walmart
Save money. Live better.

CONFIDENTIAL

W-02-000162005
PA0648

**Slide 18**

**CC19** Changed Verbage to only include ASM
Cedric Clark, 12/17/2008

# NP3 – Beauty (Weekly) Continued…

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| CC20<br>7 | Stores to run and work the following 5 reports in sequential order to Identify PI Exceptions that would not be addressed through the IMS Auditing Process.<br>- 5 Week No Item Movement Report<br>- Inactive Items Report<br>- New Item No Item Movement Report<br>- Clearance Listing<br>- No Item Movement Report | ASM & Dept Manager | Improved sku variance | Detailed Instructions on the 5 PI Accuracy Report |

CONFIDENTIAL
W-02-000162007
PA0650

**Slide 19**

**CC20** Changed Verbage on Floating PI to PI Exceptions
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000162008

PA0651

# NP3 – Beauty (Monthly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Analyze Retail Link Report, generated and updated monthly, will include stolen, on-hand, and total adjustments by the MAPM, Stores review exceptions for security measure implementations | MAPM | Monthly Dept 46 Adjusted Items Report-Compared Year to Year | Retail Link<br>Top Adjusted Items by Dept. |
| 2 | Purchase Recap<br><br>Store Mgmt with Dept. Mgrs and required to analyze the Store's Purchase Recap and PurCap to identify and follow up to exceptions. Attention specifically to Dept. 46. | Store Mgmt<br>CC18 | Reduced inventory levels and increase turns. APC/ASM to verify Monthly SWAS Action Plans. | Purchase Recap Analysis Documentation<br>*Online Purchase Recap* |
| CC17<br>3 | In an effort to increase communication and coordinate both merchandise and AP strategies the AM and APC* will meet monthly to discuss strategic business plans. The content of the meeting will consist of topics such as; discuss new releases for upcoming weeks, modular changes, Purcap review, special buys, seasonal plans, theft response, staffing, and Market direction. | AM & APC *(MAPM's will meet with the AM in facilities where an APC is not present) | Increased Sales; Reduced Inventory Levels; Reduced Inventory Adjustments | "One Team - One Goal" Action/Focus Items<br>Purchase Recap Analysis Documentation |

Walmart
Save money. Live better.

CONFIDENTIAL
W-02-000162009
PA0652

**Slide 20**

**CC17** Added AM Calibration
Cedric Clark, 12/17/2008

**CC18** Changed verbage Store Managment
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000162010

PA0653

# NP3 - Beauty Time Study

| Total Time Study - Hours | 13 Hour 20 Minutes | 10 Hours |
| --- | --- | --- |

Walmart Save money. Live better.

CONFIDENTIAL
W-02-000162011
PA0654



# NP3 – Pharmacy (Weekly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Audit a minimum of 30 random price changes per week. | ASM | SM Recap<br>Outstanding Price Change Report<br>Detail Markup/Markdown Recap | BOG 407 (Detail Markup/Markdown Report)<br>*Price Change Instructions (tracking document)* |
| 2 | Complete a cycle count using inventory screen on one category every week of the month. Use the following schedule:<br>Week 1 – Cough, Cold, & Allergy<br>Week 2 – Diet & Health<br>Week 3 – Analgesics<br>Week 4 – Antacids | ASM | Improved sku variance<br>Reports to be run in sequential order:<br>- 5 Week No Item Movement Report<br>- Inactive Items Report<br>- New Item No Item Movement Report<br>- Clearance Listing<br>- No Item Movement Report | *DMG 1204*<br>*Detailed Instructions on Cycle Count Process* |
| 3 | Verify manual MTRs are completed daily as dictated by Need to MTR Report. APC will review retention of Need to MTR Reports and ensure manual MTR's were completed when exceptions occur. | APC | Reduce shrink, ensure merchandise is billed to the correct dept. PI accuracy | *Process reference will be located on the WIRE on Pharmacy AP page. *This documentation is currently being created.<br>*Link for Auto MTR / Need To MTR* |
| 4 | Verify ConnexUS on-hands on Top Dispensed Dept 40 items<br>(The on-hands should reflect the less than the retail pack quantity)<br>APC will work with the Pharmacists<br>CC22 | APC & Pharmacy Manager | MAPM & Pharmacy DM will address discrepancies<br>CC23 | *Detailed instructions on less than the retail pack quantity*<br>ConnexUS screen path: Reports > Drug movement > By Drug schedule > none to none> All schedule 6(Pharmacy) and 8(OTC) will be identified on the report |
| 5 | Review a minimum of 3 McKesson invoices per week.<br>• Verify the retail on the invoice matches the receiving detail<br>• Review the 70-type listing report for items in the correct Dept.'s. | APC& Pharmacy Manager | Reduce shrink, ensure merchandise is billed to the correct dept. PI accuracy | DMG 211 (Local Item Numbers "70-Type")<br>*Utilization of the McKesson website will assist with ensuring accuracy (access instructions)*<br>*POM 807* |
| 6 | Anti-Theft Stickers will be applied to the following items:<br>- Prilosec 42 ct<br>- Alli refill 120 ct<br>- Zyrtec 45 ct<br>- Alli starter kit 90 ct<br>- Sudafed 60 ct<br>The APC will monitor application weekly. | D40 Dept. Mgr. | Weekly measurement of on hand adjustments to show reduction in both sales floor and backroom | #88-45514 (anti-theft stickers) Order through Corporate Signing on the Managers Workbench.<br>Top 5 Adjusted Items for Dept 40 |

**Slide 22**

**CC22** Changed Verbage from Top 25 to Top dispensed items

MAPM Feed Forward: Follow up with Atta on Top Dispensed items on being Department 40
Cedric Clark, 12/19/2008

**CC23** Added ConnexUS Screen Path
Cedric Clark, 12/17/2008

# NP3 – Pharmacy (Weekly) Continued…

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 7 | Stores to run and work the following 5 reports in sequential order to Identify PI Exceptions that would not be addressed through the IMS Auditing Process.<br><br>- 5 Week No Item Movement Report<br>- Inactive Items Report<br>- New Item No Item Movement Report<br>- Clearance Listing<br>- No Item Movement Report | ASM & Dept Manager | Improved sku variance | Detailed Instructions on the 5 PI Accuracy Report |

CONFIDENTIAL
W-02-000162014
PA0657



# NP3 – Pharmacy (Monthly)

| | Action Point | Responsible | Measurement | Reference |
|---|---|---|---|---|
| 1 | Analyze Retail Link Report, generated and updated monthly, will include stolen, on-hand, and total adjustments by the MAPM, Stores review exceptions for security measure implementations | MAPM | Monthly Dept 40 Adjusted Items Report-Compared Year to Year | Retail Link Instructions<br>Top Adjusted Items by Dept. |
| 2 | Purchase Recap<br><br>Store Mgmt with Dept. Mgrs and required to analyze the Store's Purchase Recap and PurCap to identify and follow up to exceptions. Attention specifically to Dept. 46 | Store Mgmt<br>CC21 | Reduced inventory levels and increase turns. APC/ASM to verify Monthly SWAS Action Plans. | Purchase Recap Analysis Documentation<br>*Online Purchase Recap* |

Walmart Save money. Live better.

CONFIDENTIAL

W-02-000162015

PA0658

**Slide 24**

**CC21** Store Management as Responsible Person
Cedric Clark, 12/17/2008

CONFIDENTIAL W-02-000162016

PA0659

# NP3 - Pharmacy Time Study

| | | *Deletion* |
|---|---|---|
| Total Time Study - Hours | 11 Hours 30 Minutes | 6 hours |

25 NP3 - National Priorities Update

Walmart Save money. Live better.

CONFIDENTIAL

W-02-000162017

PA0660

# NP3 - Total Time Study

| | | Deletions |
|---|---|---|
| Total Time Study - Hours | 41 Hours 10 Minutes | 18 Hours |
| Total Time Study with Deletions | 23 Hours 10 Minutes | |

26 NP3 - National Priorites Update

Walmart
Save money. Live better.

CONFIDENTIAL
W-02-000162018
PA0661

# Safety & Compliance Priority

- Added
  - Verification of Current Weeks Accident Files
  - Backroom Associate Stretching
  - Trigger Locks on All Firearms
  - Monthly Completion of the OSHA Checklist
  - Monthly APC's will ensure departmental checklists are complete for New Hire Orientation

- Deleted
  - Weekly Safety Surveys
  - Verification of Safety Broadcasts Viewing
  - Monthly Checklists for Fire Extinguishers, Emergency Exits, Etc.

- Revised
  - Changed to Safety and Compliance Priority
  - Revised Safety Basics to Focus on Safety Board
  - Several Priorities have been made more concise with more specific direction and/or responsible persons.
  - Verifying Haz-Mat Inspection Checklist
  - Inclement Weather Plans moved to a monthly Verification.

CONFIDENTIAL
W-02-000162019
PA0662

# Backroom Priority

- Added
  - 50 Item Review for Bin Accuracy
- Deleted
  - Receiving Controls
  - Reverse Pick-Lists
  - Verification of 7-14-30 in the Backroom
- Revised
  - Added Cameras/Camcorders, GPS and Car Stereos to Warehouse Receiving Priority
  - Changed Random DSD Audits to 6; Two GM, Two Grocery, 1 HVDC, and One of Choice

CC3

CONFIDENTIAL

W-02-000162020
PA0663

**Slide 28**

**CC3** -Adding drop down for the details of what is being found
Cedric Clark, 11/13/2008

CONFIDENTIAL W-02-000162021

PA0664

# Front End Priority

- Added
  - Verification of 20 Refunds Slips
  - RAA Accountability Review
  - Case Development through Electronic Journal Review
- Deleted
  - Self-Check-Out Staffing
  - Monthly Long and Short Tracking Log
- Revised
  - Weekly Refund Review Audit

CONFIDENTIAL
W-02-000162022
PA0665

# Electronics Priority

- Added
  - Electronics Cash Wrap Video Review
- Deleted
  - Staffing Review
  - Electronics On-Hand Inventory Audit
  - On-Hand Change Report Review
- Revised
  - Addition of 2 New Release PDQ Audits to Receiving Audits
  - Increased Price Change Audits to 30 with no minimum dollar requirements
  - Clearly Defined Minimal Presentation Guidelines
  - Focused Security Device Usage to Maximize Customer Experience

CONFIDENTIAL
W-02-000162023
PA0666

# Beauty Priority

- Added
  - 70-Type Listing Audit
  - Audit of 2 PDQs
  - Cycle Counts by Category (Removed Due to Time Study)
  - Added Specific Purchase Recap and Purcap Review for Beauty
  - Work 5 Exceptions Reports to improve PI Accuracy
- Deleted
  - Anti-Theft Sticker Usage
- Revised
  - Minimal Presentation on Top 15 Items vs. Top 5

CONFIDENTIAL
W-02-000162024
PA0667

# Pharmacy Priority

- Added
  - Cycle Counts for Specific Top 4 Categories (Removed Due to Time Study)
  - Verification of On-Hands for Top 25 Items in ConnexUs
  - Specific Review of Purchase Recap and Purcap for Pharmacy
  - Work 5 Exceptions Reports to improve PI Accuracy

- Deleted
  - Analysis of On-Hand Change Report to MU/MD Detail

- Revised
  - Audit of 30 Price Changes vs. 10 with no minimum Dollar Requirements
  - Minimum Review of 3 McKesson Invoices for Retail and Department
  - Anti-Theft Sticker Application to Specific Items

CONFIDENTIAL
W-02-000162025
PA0668

EXHIBIT "I"

WAL*MART®
LEGAL DEPARTMENT

CORPORATE OFFICES
702 S.W. 8TH Street
Bentonville, Arkansas 72716
(479) 277-2364
larry.hosey@wal-mart.com

January 15, 2008

Barlow Curran, District Director
U.S. Department of Labor – Wage & Hour Division
10810 Executive Center Drive, Suite 220
Little Rock, AR 72211

Re: Wal-Mart Stores, Inc.

Dear Mr. Curran:

This letter is to recap our meeting held in Bentonville, AR on January 4, 2008. Please notify me immediately if I have captured any information incorrectly or have in any way misunderstood the US Department of Labor (DOL) findings from investigations conducted in the summer of 2006 and follow-up interviews conducted in the summer and fall of 2007 surrounding our and Asset Protection Coordinators (APCs).

You have stated that with regard to the , assuming these individuals supervise two or more full-time equivalents, this group meets the requisites for exemption from the FLSA's overtime requirements under 29 CFR 541.100. Also, the DOL has determined that these individuals worked forty nine (49) hours per week and that nine (9) hours at one half the regular rate would be used for back wage determinations in accordance with the terms of the Tolling Agreement. You have also found that Wal-Mart is in compliance because we reclassified all to non-exempt status on March 31, 2007.

With respect to the APC position the DOL has determined that this position meets the requisites for exemption from the FLSA's overtime requirements under 29 CFR 541.200. The DOL has also determined that we are in compliance as of January 20, 2007 because the trainees were converted to non-exempt status. Also, the DOL has determined that these individuals worked forty six (46) hours per week during the training period and that six (6) hours at one half the regular rate would be used for back wage determinations in accordance with the terms of the Tolling Agreement. The DOL agrees that five weeks spent in the training program allows the employees to operate in a fully functional manner, but the DOL will require an individualized inquiry and certification of any trainee coming off the program by the Store Manager or Market Asset Protection Manager.

We will provide the following information to the DOL in the very near future:

- A list of the relevant APC and employees and the periods of their employment during back wage period.
- Wal-Mart will identify all relevant elements to calculate the appropriate regular rate computation for the group. The DOL has agreed that this effort is not necessary for the APC group.
- Wal-Mart will provide the name of each individual due back wages, their beginning and end dates of their employment within the back wage period, their address of record, and their social security numbers which will be released at the end of the process and gross amounts of back wages due.
- We will also provide to the DOL random samples of our back wage calculations.

Finally, the DOL has agreed and will provide to Wal-Mart a limited waiver form (WH-58) agreement that Wal-Mart will in turn provide to all employees receiving back wages under this DOL supervised settlement.

Please feel free to contact me at the number listed should you wish to discuss this memo or have any further questions.

Sincerely,

Larry Hosey
Associate General Counsel
Wal-Mart Stores, Inc.

Cc:
Cynthia Watson
Betty Campbell
Brian Delavan

**From:** Curran, Barlow F - ESA [mailto:Curran.Barlow@dol.gov]
**Sent:** Thursday, January 17, 2008 11:40 AM
**To:** Larry Hosey - Legal
**Cc:** Watson, Cynthia C - ESA; Campbell, Betty R - ESA; Delavan, Brian S - ESA
**Subject:** RE: Confidential & Privileged - Memo recapping our January 4, 2008 meeting

Larry,

Wage Hour is concerned that your statement concerning the exempt status of those people occupying the APC position is overly broad.

We do not want to convey the message that anyone and everyone in the APC position is always exempt. Our finding was that those people who are actually performing the full range of duties contained in the APC position description, including the exercise of discretion and independent judgment with respect to matters of significance, would qualify for exemption under 29 CFR Part 541.200. Clearly Wage Hour determined that employees are not exempt during the period of time they are training to perform all the duties of the APC position. As we discussed, individual people are exempt based on the duties they perform, positions are not exempt or non-exempt.

Wage Hour agreed that for back wage computation purposes the computation of back wages for a five week training period would acceptable.

In terms of future compliance the determination of exempt or non exempt needs to be made on an individual basis and determined based on when each individual is performing duties of an exempt nature.

Barlow F. Curran
District Director
U.S. Department of Labor, Wage & Hour Division
10810 Executive Center Drive, Rm 220
Little Rock, AR 72211
Phone: (501) 217-9549 ext. 228

****WARNING****
The attached information may be confidential. It is intended only for the addressee(s) identified above. If you are not the addressee(s), or an employee or agent of the addressee(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy and/or permanently delete the information and notify the sender of the error

**From:** Larry Hosey - Legal [mailto:Larry.Hosey@walmartlegal.com]
**Sent:** Wednesday, January 16, 2008 6:02 PM
**To:** Curran, Barlow F - ESA
**Cc:** Watson, Cynthia C - ESA; Campbell, Betty R - ESA
**Subject:** Confidential & Privileged - Memo recapping our January 4, 2008 meeting

Please let me know if I have captured anything inaccurately.

<<Document5.TIF>>

**Larry Hosey Associate General Counsel**
Phone 479-277-2364 Fax 479-277-5991
larry.hosey@walmartlegal.com

Wal-Mart Stores, Inc.
702 Southwest 8th Street
Bentonville, AR 72716-0310
**Save money. Live better.**

**WAL★MART®**
**LEGAL DEPARTMENT**

CORPORATE OFFICES
702 S.W. 8th Street
Bentonville, Arkansas 72716
(479) 277-2364
larry.hosey@wal-mart.com

January 15, 2008

Barlow Curran, District Director
U.S. Department of Labor – Wage & Hour Division
10810 Executive Center Drive, Suite 220
Little Rock, AR 72211

Re: Wal-Mart Stores, Inc.

Dear Mr. Curran:

This letter is to recap our meeting held in Bentonville, AR on January 4, 2008. Please notify me immediately if I have captured any information incorrectly or have in any way misunderstood the US Department of Labor (DOL) findings from investigations conducted in the summer of 2006 and follow-up interviews conducted in the summer and fall of 2007 surrounding our and Asset Protection Coordinators (APCs).

You have stated that with regard to the ; assuming these individuals supervise two or more full-time equivalents, this group meets the requisites for exemption from the FLSA's overtime requirements under 29 CFR 541.100. Also, the DOL has determined that these individuals worked forty nine (49) hours per week and that nine (9) hours at one half the regular rate would be used for back wage determinations in accordance with the terms of the Tolling Agreement. You have also found that Wal-Mart is in compliance because we reclassified all VCMs to non-exempt status on March 31, 2007.

With respect to the APC position the DOL has determined that this position meets the requisites for exemption from the FLSA's overtime requirements under 29 CFR 541.200. The DOL has also determined that we are in compliance as of January 20, 2007 because the trainees were converted to non-exempt status. Also, the DOL has determined that these individuals worked forty six (46) hours per week during the training period and that six (6) hours at one half the regular rate would be used for back wage determinations in accordance with the terms of the Tolling Agreement. The DOL agrees that five weeks spent in the training program allows the employees to operate in a fully functional manner, but the DOL will require an individualized inquiry and certification of any trainee coming off the program by the Store Manager or Market Asset Protection Manager.

REDACTED

We will provide the following information to the DOL in the very near future:

- A list of the relevant APC and employees and the periods of their employment during back wage period.
- Wal-Mart will identify all relevant elements to calculate the appropriate regular rate computation for the group. The DOL has agreed that this effort is not necessary for the APC group.
- Wal-Mart will provide the name of each individual due back wages, their beginning and end dates of their employment within the back wage period, their address of record, and their social security numbers which will be released at the end of the process and gross amounts of back wages due.
- We will also provide to the DOL random samples of our back wage calculations.

Finally, the DOL has agreed and will provide to Wal-Mart a limited waiver form (WH-58) agreement that Wal-Mart will in turn provide to all employees receiving back wages under this DOL supervised settlement.

Please feel free to contact me at the number listed should you wish to discuss this memo or have any further questions.

Sincerely,

Larry Hosey
Associate General Counsel
Wal-Mart Stores, Inc.

Cc:
Cynthia Watson
Betty Campbell
Brian Delavan

CORPORATE • EMPLOYMENT • INTERNATIONAL • LITIGATION
LOGISTICS • REAL ESTATE • SAM'S CLUB • WAL-MART STORES

REDACTED

EXHIBIT "J"

PA0676

STATE OF CALIFORNIA

GRAY DAVIS, Governor

DEPARTMENT OF INDUSTRIAL RELATIONS
**DIVISION OF LABOR STANDARDS ENFORCEMENT**
*LEGAL SECTION*
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
(415) 703-4863

MILES E. LOCKER, *Attorney for the Labor Commissioner*

May 23, 2003

Patricia Gates
Van Bourg, Weinberg, Roger & Rosenfeld
180 Grand Avenue, Suite 1400
Oakland, CA 94612

Re: Determination of Exempt or Non-Exempt Status of Officers and "Key Administrative Personnel" Employed by Labor Unions

Dear Ms. Gates:

This is in response to your letter of February 6, 2003, in which you seek the guidance of the Division of Labor Standards Enforcement ("DLSE") as to whether labor unions' officers and "key administrative personnel" are exempt from overtime payments under California law. You describe "key administrative personnel" as persons having various titles, including district representatives, district agents, lead representatives, business agents, business representatives, field representatives, and organizers. You seek a determination that persons employed in these positions are exempt.

We start with the presumption that all employees are entitled to overtime compensation. This presumption will be defeated if the specific employee in question comes within the exemptions that are set out in the various Industrial Welfare Commission ("IWC") wage orders. Of course, "[t]he employer bears the burden of proving an employee is exempt. (*Corning Glass Works v. Brennan* (1974) 417 U.S. 188, 196-197, 94 S.Ct. 2223, 2229, 41 L.Ed.2d 1.) Exemptions are narrowly construed against the employer and their application is limited to those employees plainly and unmistakably within their terms. (*Dalheim v. KDFW-TV* (5th Cir.1990) 918 F.2d 1220, 1224.)" *Nordquist v. McGraw-Hill Broadcasting* (1995) 32 Cal.App.4th 555, 562, 38 Cal.Rptr.2d 221, 225-226.

The applicable IWC wage order, 4-2001, sets out the requirements for the executive, administrative, and professional exemptions. You suggest that union officers are covered by the

2003.05.23

to apply this test to union officers than to the officers of a corporation. As to those union officers who spend a portion, but not a majority of their worktime engaged in managerial duties, the inquiry would then shift to how much of their time was spent performing exempt administrative duties. The Division of Labor Standards Enforcement construes state law, like federal law (see 29 CFR §541.600), to permit the so-called "tacking" of one type of exempt work with another type, so that, for example, an employee who spends more than 50% of his worktime performing exempt managerial and exempt administrative work would meet the "primarily engaged" test.

As you acknowledge in your letter, you are not aware of any overtime claims filed by former union officers. Rather, the cases that have been filed concern union business agents and other job categories[1] you describe as "key administrative personnel." These cases are likely to turn on the extent to which the specific work that was performed constitutes exempt administrative work[2]. Most of the recent cases that have grappled with the issue of what sort of work does or doesn't fall within the administrative exemption have focused on the significance of 29 CFR §541.205, which construes the term "directly related to management policies or general business operations of the employer or his employer's customers." The IWC orders parallel the federal regulations by giving that term (and the manner in which it is construed in §541.205) key importance in delineating the nature of exempt administrative work. Section 541.205 provides, in relevant part:

> (a) The phrase "directly related to the management policies or general business operations of his employer or his employer's customers" describes those types of activities relating to the administrative operations of a business as distinguished from production or, in a

---

[1] At the risk of stating the obvious, a job "title alone is of little or no assistance in determining the true importance of an employee to the employer or his exempt or nonexempt status under the regulations," and thus, titles "are of no determinative value." 29 CFR §541.201(b).

[2] That is not to forget the necessity of satisfying the salary test in order to fall within the exemption. To be exempt under California law, the employee must be paid on a salary basis, in a monthly amount that is not less than twice the state minimum hourly wage multiplied by forty multiplied by 52 and divided by 12 (currently $2,340 per month). See Labor Code §515(a)and (c).

EXHIBIT "K"

PA0679

# The 2002 Update Of

# The DLSE

# Enforcement Policies and Interpretations

# Manual

# (Revised)

## ACKNOWLEDGEMENTS

The Division of Labor Standards Enforcement (DLSE) Enforcement Policies and Interpretations Manual summarizes the policies and interpretations which DLSE has followed and continues to follow in discharging its duty to administer and enforce the labor statutes and regulations of the State of California.

We would like to thank the following DLSE management, deputies, attorneys and clerical staff members for editing, cite checking and otherwise contributing to the Manual:

Robert Jones, Acting State Labor Commissioner

Guadalupe Almaraz
David Balter
Benjamin Chang
John Chiolero
Leslie Clements
Dan Cornet
Susan Dovi
Fred Duscha
John Fennacy
Rachel Folberg
Mary Ann Galapon
Edna Garcia-Earley
Linda Gelsinger
Char Grafil
Tom Grogan
Randi Guerrero
Dave Gurley
Johanna Hsu
Michael Jackman
Tom Kerrigan
Tim Kolesnikow
Teresa McDonald
Allen Perlof
William Reich
Anne Rosenzweig
Brenda Schrader
Nance Steffen
Robert Villalovos
Michael Villeneauve

**March, 2006**

# DIVISION OF LABOR STANDARDS ENFORCEMENT POLICIES AND INTERPRETATIONS MANUAL

Following is a compilation of the Federal Regulations which were in effect on July 1, 2000. The entire series of 29 CFR §§ 541.102 through 541.602 is included. Only parts of the regulations were adopted by the IWC for purposes of interpreting the administrative, executive (managerial) and professional exemptions. The portions which are not applicable are in strikeout and those which are utilized for enforcement without direction are in *italics*. The inapplicable sections are reproduced here simply as a guide and aid to enforcement staff in explaining the differences between the federal interpretations and those allowed under California law.

**CODE OF FEDERAL REGULATIONS**

**TITLE 29--LABOR**

**SUBTITLE B--REGULATIONS RELATING TO LABOR**

**CHAPTER V--WAGE AND HOUR DIVISION, DEPARTMENT OF LABOR**

**SUBCHAPTER A--REGULATIONS**

**PART 541--DEFINING AND DELIMITING THE TERMS "ANY EMPLOYEE EMPLOYED IN A BONA FIDE EXECUTIVE, ADMINISTRATIVE, OR PROFESSIONAL CAPACITY (INCLUDING ANY EMPLOYEE EMPLOYED IN THE CAPACITY OF ACADEMIC ADMINISTRATIVE PERSONNEL OR TEACHER IN ELEMENTARY OR SECONDARY SCHOOLS), OR IN THE CAPACITY OF OUTSIDE SALESMAN"**

**SUBPART B--INTERPRETATIONS**

**EMPLOYEE EMPLOYED IN A BONA FIDE EXECUTIVE CAPACITY**

Current through June 20, 2000; 65 FR 38332

§ 541.102 **Management.**

(a) In the usual situation the determination of whether a particular kind of work is exempt or nonexempt in nature is not difficult. In the vast majority of cases the bona fide executive employee performs managerial and supervisory functions which are easily recognized as within the scope of the exemption.

(b) For example, it is generally clear that work such as the following is exempt work when it is performed by an employee in the management of his department or the supervision of the employees under him: Interviewing, selecting, and training of employees; setting and adjusting their rates of pay and hours of work; directing their work; maintaining their production or sales records for use in supervision or control; appraising their productivity and efficiency for the purpose of recommending promotions or other changes in their status; handling their complaints and grievances and disciplining them when necessary; planning the work; determining the techniques to be used; apportioning the work among the workers; determining the type of materials, supplies, machinery or tools to be used or merchandise to be bought, stocked and sold; controlling the flow and distribution of materials or merchandise and supplies; providing for the safety of the men and the property.

~~Current through June 20, 2000; 65 FR 38332~~

~~§ 541.103 Primary duty.~~

~~A determination of whether an employee has management as his primary duty must be based on all the facts in a particular case. The amount of time spent in the performance of the managerial duties is a useful guide in determining whether management is the primary duty of an employee. In the ordinary case it may be taken as a good rule of thumb that primary duty means the major part, or over 50 percent, of the employee's time. Thus, an employee who spends over 50 percent of his time in management would have management as his primary duty. Time alone, however, is not the sole test, and in situations where the employee does not spend over 50 percent of his time in managerial duties, he might nevertheless have management as his primary duty if the other pertinent factors support such a conclusion. Some of these pertinent factors are the relative importance of the managerial duties as compared with other types of duties, the frequency with which the employee exercises discretionary powers, his relative freedom from supervision, and the relationship between his salary and the wages paid other employees for the kind of nonexempt work performed by the supervisor. For example, in some departments, or subdivisions of an establishment, an employee has broad responsibilities similar to those of the owner or manager of the establishment, but generally spends more than 50 percent of his time in production or sales work. While engaged in such work he supervises other employees, directs the work of warehouse and delivery men, approves advertising, orders merchandise, handles customer complaints, authorizes payment of bills, or performs other management duties as the day-to- day operations require. He will be considered to have management as his primary duty. In the data processing field an employee who directs the day-to- day activities of a single group of programmers and who performs the more complex or responsible jobs in programing will be considered to have management as his primary duty.~~

Current through June 20, 2000; 65 FR 38332

§ 541.104 **Department or subdivision.**

(a) In order to qualify under § 541.1, the employee's managerial duties must be performed with respect to the enterprise in which he is employed or a customarily recognized department or subdivision thereof. The phrase "a customarily recognized department or subdivision" is intended to distinguish between a mere collection of men assigned from time to time to a specific job or series of jobs

~~Nonexempt work in the definition of "outside salesman" is limited to "20 percent of the hours worked in the workweek by nonexempt employees of the employer." The 20 percent is computed on the basis of the hours worked by nonexempt employees of the employer who perform the kind of nonexempt work performed by the outside salesman. If there are no employees of the employer performing such nonexempt work, the base to be taken is 40 hours a week, and the amount of nonexempt work allowed will be 8 hours a week.~~

~~Current through June 20, 2000, 65 FR 38332~~

~~§ 541.508 Trainees, outside salesmen.~~

~~The exemption is applicable to an employee employed in the capacity of outside salesman and does not include employees training to become outside salesmen who are not actually performing the duties of an outside salesman (see also § 541.506).~~

~~Current through June 20, 2000, 65 FR 38332~~

~~§ 541.600 Combination exemptions~~

~~(a) The divisions' position under the regulations in Subpart A of this part permits the "tacking" of exempt work under one section of the regulations in Subpart A to exempt work under another section of those regulations, so that a person who, for example, performs a combination of executive and professional work may qualify for exemption. In combination exemptions, however, the employee must meet the stricter of the requirements on salary and nonexempt work. For instance, if the employee performs a combination of an executive's and an outside salesman's function (regardless of which occupies most of his time) he must meet the salary requirement for executives. Also, the total hours of nonexempt work under the definition of "executive" together with the hours of work which would not be exempt if he were clearly an outside salesman, must not exceed either 20 percent of his own time or 20 percent of the hours worked in the workweek by the nonexempt employees of the employer, whichever is the smaller amount.~~

~~(b) Under the principles in paragraph (a) of this section combinations of exemptions under the other sections of the regulations in Subpart A of this part are also permissible. In short, under the regulations in Subpart A, work which is "exempt" under one section of the regulations in Subpart A will not defeat the exemption under any other section.~~

~~Current through June 20, 2000, 65 FR 38332~~

~~§ 541.601 Special provision for motion picture producing industry.~~

~~Under § 541.5a, the requirement that the employee be paid "on a salary basis" does not apply to an employee in the motion picture producing industry who is compensated at a base rate of at least $250 a week (exclusive of board, lodging, or other facilities). Thus, an employee in this industry who is otherwise exempt under §§ 541.1, 541.2, or 541.3 and who is employed at a base rate of at least $250 a week is exempt if he is paid at least prorata (based on a week of not more than 6 days) for any week when he does not work a full workweek for any reason. Moreover, an otherwise exempt employee in this industry qualifies for exemption if he is employed at a daily rate under the following circumstances: (a) The employee is in a job category for which a weekly base rate is not provided and his daily base rate would yield at least $250 if 6 days were worked, or (b) the employee is in a job category having a weekly base rate of at least $250 and his daily base rate is at least one-sixth of such weekly base rate. The higher minimum salary tests will be effective on April 1, 1975.~~

~~[40 FR 7094, Feb. 19, 1975]~~

~~Current through June 20, 2000, 65 FR 38332~~

~~§ 541.602 Special proviso concerning executive and administrative employees in multi-store retailing operations.~~

~~(a) The tolerance of up to 40 percent of the employee's time which is allowed for nonexempt work performed by an executive or administrative employee of a retail or service establishment does not apply to employees of a multiunit retailing operation, such as a chainstore system or a retail establishment having one or more branch stores, who perform central functions for the organization in physically separated establishments such as warehouses, central office buildings or other central service units or by traveling from store to store. Nor does this special tolerance apply to employees who perform central office, warehousing, or service functions in a multi-unit retailing operation by reason of the fact that the space provided for such work is located in a portion or portions of the building in which the main retail or service establishment or another retail outlet of the organization is also situated. Such employees are subject to the 20-percent limitation on nonexempt work.~~

~~(b) With respect to executive or administrative employees stationed in the main store of a multistore retailing operation who engage in activities (other than central office functions) which relate to the operations of the main store, and also to the operations of one or more physically separated units, such as branch stores, of the same retailing operation, the Divisions will, as an enforcement policy, assert no disqualification of such an employee for the section 13(a 1) exemption by reason of nonexempt activities if the employee devotes less than 40 percent of his time to such nonexempt activities. This enforcement policy would apply, for example, in the case of a buyer who works in the main store of a multistore retailing operation and who not only manages the millinery department in the main store, but is also responsible for buying some or all of the merchandise sold in the millinery departments of the branch stores.~~

Current through June 20, 2000; 65 FR 38332

Appendix to Part 541--Occupational Index

**[NOTE BY DLSE: The following list is placed here for the sole purpose of illustrating the possible differences between California and federal law. The list is not to be relied upon in any way, but may be used to find terms. (DLSE training guide)]**

Note: This index lists, for ease of reference, the sections of this part which refer to job titles. The user should note, however, that where job titles do appear in the illustrations in